**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | NO.   24-263 |
| | : | |
| **DONALD MICHAEL a/k/a** | : | |
| **"BASEBALL FUN"** | : | |

## ORDER

**AND NOW**, this 5th day of February 2025, upon considering Defendant's unopposed Motion to amend our January 2, 2025 Order (ECF 32) only to allow more time to file pretrial motions (ECF 33), with the United States' consent, and for limited good cause mindful of our preferred practice of resolving timely pretrial motions before the final pretrial conference, it is **ORDERED** Defendant's unopposed Motion (ECF 33) is **GRANTED in part** requiring we **amend** our January 2, 2025 Order (ECF 32) only to:

1.   **Grant** the parties leave to file <u>all</u> pretrial motions no later than **February 28, 2025** with responses due no later than **March 5, 2025;**

2.   **Vacate** paragraph six as all motions will be filed consistent with this Order; and,

3.   **Remind** the parties, under our Policies, we may hear pending motions during the March 10, 2025 final pretrial conference and all other aspects of the January 2, 2025 Order (ECF 32) remain in effect.

_____
**KEARNEY, J.**