## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **24-263** |
| | : | |
| **DONALD MICHAEL** | : | |

### ORDER FOR A PRESENTENCE INVESTIGATION REPORT

**AND NOW**, this 11th day of April 2025, the Defendant having plead guilty yesterday late afternoon to Counts One through Five (1-5), and sentencing having been scheduled for **August 14, 2025** at **9:00 A.M.** in Courtroom 6B, it is **ORDERED**:

1. The United States Probation Office shall conduct an investigation and prepare a Presentence Investigation Report under this District's Standing Order.

2. The Defendant shall meet with the Probation Officer assigned to prepare the defendant's Presentence Investigation Report.[1]

3. Not less than thirty-five (35) days before the sentencing hearing, the Probation Officer shall furnish the Presentence Investigation Report to the Defendant, defense counsel, and the attorney for the United States. The Probation Officer's sentencing recommendation shall not be disclosed unless the sentencing Judge directs otherwise.

4. Within fourteen (14) days of receipt of the Presentence Investigation Report, the parties shall submit in writing to the Probation Officer, and to each other, any psychological reports for sentencing purposes, objections to any material information, sentencing classifications, sentencing guideline ranges, and policy statements contained in or omitted from the presentence report. If a party has no objections, the party shall notify the Probation Officer in writing within

---

[1] Although not required, defense counsel is encouraged to attend the Presentence Investigation Report interview if possible.

the aforesaid time limits. Any objection not filed will be deemed waived unless the Court finds good cause for allowing it to be raised.

5. Should the attorney for the United States intend to file a motion for a downward departure under United States Sentencing Guideline Section 5K1.1, or from a statutory mandatory minimum, the Probation Officer will be notified in writing on or before the submission date set for the filing of objections, and, be provided with whatever information supports the motion.

6. No later than seven (7) days before the sentencing hearing, the Probation Officer shall submit the Presentence Investigation Report to the Court, together with an addendum setting forth unresolved objections, the grounds for the objections and the Probation Officer's comments regarding each objection. The Probation Officer shall simultaneously furnish a copy of the revised Presentence Investigation Report to the Defendant, defense counsel, and the attorney for the United States.

7. The Probation Officer shall include the Judiciary Sentencing Information (JSIN) from https://www.ussc.gov/guidelines/judiciary-sentencing-information addressing the specific statistics over the last five years recognizing the data provided does not reflect the Commission's recommendation regarding the appropriate sentence to be imposed or the official position of any issue or case. We also recognize the information provided does not reflect the Commission's position regarding the weight we should, if any, to the sentencing information.

8. The probation office shall conduct a psychosexual evaluation.

                                                                                    **KEARNEY, J.**

Copy sent through CM/ECF to:
Date: 4/11/2025

U.S. Probation
U.S. Pretrial