# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | NO. 24-263 |
| | : | |
| **DONALD MICHAEL a/k/a** | : | |
| **"BASEBALL FUN"** | : | |

# ORDER

**AND NOW**, this 9th day of June 2025, for good cause to hear from counsel after learning of delays in the evaluations ordered several weeks ago at counsels' request, it is **ORDERED** we shall hold a status conference on **June 10, 2025 at 3:00 P.M.** via ZoomGov (1-646-828-7666; Meeting ID: 161 184 7552; Passcode: 118577).

_____
**KEARNEY, J.**