IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL ACTION |
| v. | : NO. 24-263 |
| DONALD MICHAEL a/k/a "BASEBALL FUN" | : |

## ORDER

**AND NOW**, this 11th day of June 2025, upon noting the United States unilaterally filed documents under seal (ECF 50) inconsistent with their obligations, and unable to resolve this matter on a sealed record consistent with our earlier publicly disclosed Order (ECF 46), it is **ORDERED** the United States' Motion (ECF 50) is **STRICKEN** without prejudice to consider the United States' oral motion during our June 10, 2025 conference (ECF 49) noticed to the public.

_____
KEARNEY, J.