# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 24-263** |
| | : | |
| **DONALD MICHAEL a/k/a** | : | |
| **"BASEBALL FUN"** | : | |

## ORDER

**AND NOW,** this 20th day of June 2025, upon considering the United States' Motion to seal (ECF 56) its Notice (ECF 55), consistent with our direction in the June 10, 2025 telephone conference (ECF 49), and for good cause with demonstrated particularized harm, it is **ORDERED** the United States' Motion (ECF 56) is **GRANTED** and the United States' filings (ECF 55, 56) are **SEALED and IMPOUNDED** until further Order.

_____
**KEARNEY, J.**