IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 24-263 |
| DONALD MICHAEL | : |

WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of the United States of America.

DAVID METCALF
UNITED STATES ATTORNEY


*/s/ Michelle Rotella*
Michelle Rotella
Assistant United States Attorney