IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 24-263 |
| | : | |
| DONALD MICHAEL a/k/a | : | |
| "BASEBALL FUN" | : | |

## ORDER

**AND NOW**, this 29th day of September 2025, upon considering Defendant's unopposed Motion to continue sentencing (ECF 61), and finding good cause, it is **ORDERED** the unopposed Motion (ECF 61) is **GRANTED** and Sentencing is **rescheduled** for **January 27, 2026** at **12:15 p.m.**, in Courtroom 6B, 6th floor, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania requiring:

    1.    The parties shall exchange copies of all documents at the same time each provides them to the United States Probation Office for preparation of the Presentence Investigation Report. All objections to the Presentence Investigation Report must be sent to the probation officer in advance of sentencing;

    2.    The parties shall file and serve sentencing memoranda which set forth factual and legal authority upon which they will rely at sentencing no earlier than **January 16, 2026** and no later than **January 21, 2026** with Response (if warranted) thereto filed no later than **January 23, 2026;**

    3.    Any motions under 5K1.1 of the United States Sentencing Guidelines and/or 18 U.S.C. § 3553(e) shall be filed and served no earlier than **January 16, 2026** and no later than **January 21, 2026;**

    4.    If Defendant is responsible for restitution, the United States must submit sufficient information in its sentencing memorandum to enable the Court to determine entitlement, the name and the address of each victim, the amount of loss for each victim, and documentary support for each amount. If liability for restitution is joint and several, the government shall itemize the

restitution amount for which each defendant is responsible;

5.  Motions for preliminary order of forfeiture as to the Defendant, if any, shall be filed no earlier than **January 16, 2026** and no later than **January 21, 2026;** and,

6.  One copy of each sentencing memorandum, motion and response shall be served on the Court (Chambers, Room 6613) and the United States Probation Office. Counsel shall submit any letters for the Court's consideration prior to sentencing by emailing the letters to chambers_of_judge_kearney@paed.uscourts.gov.

_____
KEARNEY, J.