IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :

   V.                                  : CRIMINAL NO: 2:24-cr-00263-MAK

DONALD MICHAEL    :

**ORDER**

**AND NOW**, this _____ day of _____, 2026, it is hereby ORDERED that Defendant's Motion To Continue Sentencing for 60 days, in the above captioned matter, is hereby GRANTED.

BY THE COURT:

_____
J.

**R. EMMETT MADDEN, ESQUIRE**
THE PHILLY LAWYERS
Attorney I.D. No. 86894
711 West Avenue
Jenkintown, PA  19046
Tele:  215-884-9300
Fax:  215-701-4214
Email: emadden@ThePhillyLawyers.com

### IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :

    V.                                                         :    CRIMINAL NO:  2:24-cr-00263-MAK

DONALD MICHAEL                              :

### DEFENDANT, DONALD MICHAEL'S
### MOTION TO CONTINUE SENTENCING FOR 60 DAYS

TO THE HONORABLE JUDGE MARK A. KEARNEY:

AND NOW, Defendant, Donald Michael, by and through his attorney, R. Emmett Madden, Esquire, hereby submits this Motion to Continue Sentencing for 60 days and avers the following:

1. On July 18, 2024, the government sealed a 4-count Indictment charging Defendant Donald Michael with Conspiracy to Manufacture Child Pornography and other related charges.

2. Mr. Michael is charged in that Indictment with the following: Count One Conspiracy to Manufacture Child Pornography, Conspiracy to Receive and Distribute Child Pornography, Receipt of Child Pornography and Distribution and Attempted Distribution of Child Pornography.

3. On August 27, 2024, R. Emmett Madden, Esquire entered his appearance to represent Mr. Michael.

4. Sentencing is currently scheduled for February 27, 2026, at 9:00 A.M., in Courtroom 6B, United States Courthouse, 601 Market Street, in Philadelphia Pennsylvania.

5. Defendant is requesting Sentencing be continued for 60 days for the following reasons:

    a. Defendant's mother Shirley Michael, is 82 years old. Mrs. Michael recently suffered a fall and is experiencing mobility issues. She is scheduled for two to three months of physical therapy, at which time she hopes to be able to travel, with assistance, from Arizona to Philadelphia for her son's sentencing.

    b. Mrs. Michael relies on Donald Michael's family friend Paul to assist her in travel and communication.

    c. Mrs. Michael wants to personally appear and address the Court concerning her son.

6. Counsel is requesting to continue Sentencing for 60 days.

7. Defendant acknowledges and waives his speeding trial rights.

8. Assistant United States Attorney Kelly Harrell is unopposed to the continuance request.

WHEREFORE, Defendant respectfully requests the Motion to Continue Sentencing be Granted.

Date:  01/07/2026                                                               Respectfully submitted by:

                                                                                       /S/ R. EMMETT MADDEN, ESQUIRE
                                                                                       R. EMMETT MADDEN, ESQUIRE
                                                                                       *Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :

V.                          : CRIMINAL NO: 2:24-cr-00263-MAK

DONALD MICHAEL              :

**CERTIFICATE OF SERVICE**

I, R. Emmett Madden, Esquire, hereby certify that, on this date, I have served a copy of the attached Defendant's Motion To Continue Sentencing for 60 days, upon the following by electronic mail:

The Honorable Mark A. Kearney
United States District Court
Eastern District Court of Pennsylvania
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
*Via Email*

AUSA Kelly Harrell
United States Attorney's Office
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106
*Via Email*

Date: 01/07/2026                    Respectfully submitted by:

**/S/ R. EMMETT MADDEN, ESQUIRE**
**R. EMMETT MADDEN, ESQUIRE**
THE PHILLY LAWYERS
*Attorney for Defendant*