IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL ACTION
v. :
: No. 24-263
DONALD MICHAEL

26494-511

## NOTICE OF HEARING

Take notice that the defendant is scheduled for a Sentencing Hearing on **April 15, 2026** at **9:00 A.M.** before the **Honorable Mark A. Kearney** in **Courtroom 6B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☐ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

For additional information, please contact the undersigned.

By:      Courtroom Deputy to J. Kearney
         Phone: 267.299.7688

Date:    3/10/2026

cc:              Defendant (via defense counsel)
cc via email:    Defense Counsel
                 Assistant U.S. Attorney
                 U.S. Marshal
                 Court Security
                 Probation Office
                 Pretrial Services
                 Interpreter Coordinator

crnotice (July 2021)