IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA   :

    V.                   : CRIMINAL NO: 2:24-cr-00263-MAK

DONALD MICHAEL         :

## **ORDER**

    **AND NOW**, this        day of            , 2026, it is hereby ORDERED that Defendant's Motion To Continue Sentencing for 90 days, in the above captioned matter, is hereby GRANTED.

                                        BY THE COURT:

                                        _____

                                        J.

**R. EMMETT MADDEN, ESQUIRE**
THE PHILLY LAWYERS
Attorney I.D. No. 86894
711 West Avenue
Jenkintown, PA  19046
Tele:  215-884-9300
Fax:  215-701-4214
*Email:* emadden@ThePhillyLawyers.com

### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| V. | : CRIMINAL NO:  2:24-cr-00263-MAK |
| DONALD MICHAEL | : |

### DEFENDANT, DONALD MICHAEL'S
### MOTION TO CONTINUE SENTENCING FOR 90 DAYS

TO THE HONORABLE JUDGE MARK A. KEARNEY:

AND NOW, Defendant, Donald Michael, by and through his attorney,

R. Emmett Madden, Esquire, hereby submits this Motion to Continue Sentencing for 90 days

and avers the following:

1.     On July 18, 2024, the government sealed a 4-count Indictment charging

Defendant Donald Michael with Conspiracy to Manufacture Child Pornography and other related

charges.

2.     Mr. Michael is charged in that Indictment with the following: Count One

Conspiracy to Manufacture Child Pornography, Conspiracy to Receive and Distribute Child

Pornography, Receipt of Child Pornography and Distribution and Attempted Distribution of

Child Pornography.

3.      On August 27, 2024, R. Emmett Madden, Esquire entered his appearance to represent Mr. Michael.

4.      Sentencing is currently scheduled for April 15, 2026, at 9:00 A.M., in Courtroom 6B, United States Courthouse, 601 Market Street, in Philadelphia Pennsylvania.

5.       Defendant is requesting Sentencing be continued for 90 days for the following reasons:

a. The Government is still in the process of determining the full amount of restitution.

b.  Mr. Michael intends to pay full restitution prior to Sentencing.

6.      Counsel is requesting to continue Sentencing for 90 days.

7.      Defendant acknowledges and waives his speeding trial rights.

8.      Assistant United States Attorney Kelly Harrell is unopposed to the continuance request.

WHEREFORE, Defendant respectfully requests the Motion to Continue Sentencing be Granted.

Date:   03/242026                              Respectfully submitted by:

/S/ R. EMMETT MADDEN, ESQUIRE
R. EMMETT MADDEN, ESQUIRE
*Attorney for Defendant*

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA   :

   V.                   : CRIMINAL NO:  2:24-cr-00263-MAK

DONALD MICHAEL         :

## CERTIFICATE OF SERVICE

I, R. Emmett Madden, Esquire, hereby certify that, on this date, I have served a

copy of the attached Defendant's Motion To Continue Sentencing for 90 days, upon

the following by electronic mail:

The Honorable Mark A. Kearney
United States District Court
Eastern District Court of Pennsylvania
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
*Via Email*

AUSA Kelly Harrell
United States Attorney's Office
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106
*Via Email*

Date:  03/24/2026                  Respectfully submitted by:

                                           **/S/ R. EMMETT MADDEN, ESQUIRE**
                                           **R. EMMETT MADDEN, ESQUIRE**
                                           THE PHILLY LAWYERS
                                           *Attorney for Defendant*